IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03143-RBJ-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:              April 25, 2013 | Courtroom Deputy: Courtni Covington |

*Parties:*                                                                                  *Counsel:*

RICHARD L. GOCHA,                                                      Jennifer Robinson

      Plaintiff,

v.

NATIONAL RAILROAD PASSENGER                     Ross Friedman
CORPORATION,

      Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session: 11:20 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff is also present.

Argument given on [12] Defendant's Motion to Dismiss Counts I and II of Plaintiff's Complaint.

Argument given on [16] Plaintiff's Motion for Judgment on the Pleadings or in the Alternative Motion for Summary Judgment.

The court takes the Motions under advisement and will issue a written recommendation to Judge Jackson.

The parties will return for the Settlement Conference at 1:30 p.m.

HEARING CONCLUDED.
**Court in recess**: **12:44 p.m.**
Total time in court:  01:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.