IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-03143-RM-CBS

RICHARD L. GOCHA,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (d/b/a/ AMTRAK),

    Defendant.

___

**ORDER VACATING TRIAL PREPARATION CONFERENCE AND JURY TRIAL**
___

    This matter is before the Court sua sponte. The Trial Preparation Conference set for **March 7, 2014** before Judge Raymond P. Moore is VACATED. FURTHER the **5-day** Jury Trial set for **March 31, 2014** before Judge Raymond P. Moore is hereby VACATED and will be reset after the Final Pretrial Conference. Judge Craig B. Shaffer's Chambers will set the Final Pretrial Conference.

Dated: July 11, 2013.

                                                   BY THE COURT:

                                                   Raymond P. Moore
                                                   United States District Judge