**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-03143-RM-CBS

RICHARD L. GOCHA,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (d/b/a AMTRAK),

    Defendant.

---

**ORDER DISMISSING PLAINTIFF'S THIRD CAUSE OF ACTION AGAINST
NATIONAL RAILROAD PASSENGER CORPORATION**

---

THIS MATTER comes before the Court on the parties' Stipulation Regarding Dismissal of Plaintiff's Third Cause of Action Against National Railroad Passenger Corporation ("Stipulation") (ECF No. 52). Upon consideration of the Stipulation and being otherwise advised, the Court hereby **ORDERS**:

1. Plaintiff's Third Cause of Action for Race Discrimination pursuant to 42 U.S.C. § 1981 against Defendant National Railroad Passenger Corporation is dismissed with prejudice; and

2. Each party shall bear their own attorneys' fees and costs. This dismissal shall not result in any party being deemed a prevailing party for purposes of this litigation.

DATED this 26th day of July, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge